UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vicente Javier PEREZ-CONCHAMBAY, | Case No.:  26-cv-4030-AGS-MMP |
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| v. | |
| WARDEN, | |
| Respondent. | |

     Petitioner Vicente Perez-Conchambay seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the Court "order [his] release" from detention (ECF 1, at 2), and "the government does not oppose the petition" (ECF 7, at 2). The Court thus **GRANTS** the petition and orders respondent to immediately release petitioner. All pending motions are denied as moot, and any deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  July 23, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-4030-AGS-MMP